Leo Jacobs, Esq.
Jacobs P.C.
Attorneys for Plaintiff
8002 Kew Gardens Rd. STE 300
Queens, New York 11415
eduard@jacobspc.com

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------- X
SHHA LLC                                          :     Case No.
                                    Plaintiff,    :
                                                  :
                    V.                            :
                                                  :
OPAL HOLDINGS LLC, OPAL                           :
HOLDINGS NY LLC, HOLMAN                           :
FUNDING GROUP INC, SHAYA                          :
PRAGER, CHAIM HOLMAN                              :
                                                  :
                                Defendant(s).     :
                                                  :
-------------------------------------------------- X

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Plaintiff SHHA LLC hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 7, 2020

Kew Gardens, New York

Respectfully submitted,

JACOBS P.C.

_____
Leo Jacobs, Esq.
Jacobs P.C.
8002 Kew Gardens Rd. STE 300
Queens, New York 11415
eduard@jacobspc.com
*Attorneys for Plaintiff*