UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK          Record # 88109X

SHHA LLC,

                                                                    Plaintiff(s)          INDEX#  20-CV-03574-DRH-AYS
                        against                                                          Date filed

OPAL HOLDINGS LLC, ET AL,

                                                                    Defendant(s)

STATE OF NEW YORK                                                   COUNTY OF ALBANY          1490518

# SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**DAVID TATUM** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York.  That on  **10/6/2020 at 3:45 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

## SUMMONS AND COMPLAINT IN A CIVIL ACTION,

on **HOLMAN FUNDING GROUP INC, Defendant** in this action.

By delivering to and leaving with  **SUE ZOUKY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[  ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

Description          Description of the Recipient is as follows:

              A Female with White skin, Gray hair, who is approximately 55 years of age
              and has an approximate height of 5' 2" and approximate weight of 135 pounds.

              Other identifying features are as follows: None.

                                    DAVID TATUM
                                    Process Server

State of New York
County of Albany

Sworn to before me on This 8 day of October 2020

              Notary Public - Emily M. Corbett

                                              Michelle M. Santspree               Emily M. Corbett
                                              Notary Public, State of New York    Notary Public, State of New York
                                              NO. 01SA5047611                     No. 01CO6299470
                                              Qualfied in Albany County           Qualfied in Albany County
                                              Commission Expires August 7, 2021   Commission Expires March 24, 2022

PREFERRED PROCESS SERVERS - 166-06 24th ROAD, LL - WHITESTONE, NY 11357 - 718-362-4890