UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK　　Record # 88112X

SHHA LLC,

　　　　　　　　　　against

Plaintiff(s)　　INDEX# 20-CV-03574-DRH-AYS
Date filed

OPAL HOLDINGS LLC, ET AL,

Defendant(s)

STATE OF NEW YORK　　　　　　　　　COUNTY OF ALBANY　　1490517

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**DAVID TATUM** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **10/6/2020 at 3:45 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

**SUMMONS AND COMPLAINT IN A CIVIL ACTION,**

on **OPAL HOLDINGS NY LLC, Defendant** in this action.

By delivering to and leaving with **SUE ZOUKY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**　　Description of the Recipient is as follows:

　　A Female with White skin, Gray hair, who is approximately 55 years of age
　　and has an approximate height of 5' 2" and approximate weight of 135 pounds.

　　Other identifying features are as follows: None.

_____
DAVID TATUM
Process Server

State of New York
County of Albany

Sworn to before me on This 8 day of October 2020

_____
Notary Public - Emily M. Corbett

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualified in Albany County
Commission Expires August 7, 2021

Emily M. Corbett
Notary Public, State of New York
No. 01CO6299470
Qualified in Albany County
Commission Expires March 24, 2022

PREFERRED PROCESS SERVERS - 166-06 24th ROAD, LL - WHITESTONE, NY 11357 - 718-362-4890