**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, COUNTY OF EASTERN DISTRICT**
Attorneys: Company: JACOBS PC PH: (212) 518-3027
Address: 8002 KEW GARDENS ROAD KEW GARDENS, NY 11415

INDEX #: 20-CV-03574-DRH-AYS

Date Filed:

Client's File No.: shha vs. opal

*SHHA LLC*

vs                                                              Plaintiff

*OPAL HOLDINGS LLC ET AL*

Defendant

STATE OF **NEW JERSEY**, COUNTY OF **MONMOUTH** SS.:   **AFFIDAVIT OF SERVICE**

**MICHAEL WEINSHENKER**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On **10·9·2020** at **4:06pm**

at **7 OLIVE CT, LAKEWOOD NJ 08701**, deponent served the within

**SUMMONS AND COMPLAINT IN A CIVIL ACTION**

on: **SHAYA PRAGER**, Defendant therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☐ By delivering thereat a true copy of each to _____ and that deponent knew the person so served to be the _____ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☒ By delivering a true copy of each to **John Doe** a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [☒] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#5 MAIL COPY** ☒ On **10-10-2020**, deponent completed service under the last two sections by depositing a copy of the **Summons + complaint** to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of **New Jersey**.
☐ and by Certified Mail # _____

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: **M**  Color of skin: **White**  Color of hair: **Brown**  Age: **35**  Height: **5'11"**
Weight: **180**  Other Features: _____

**#8 WIT FEES** ☐ Subpoena Fee Tendered in the amount of _____

**#9 MILITARYSRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** ☐ _____

Sworn to before me on **10-12-2020**

[Notary seal: LAUREN IAVARONE, NOTARY PUBLIC, STATE OF NEW JERSEY, My Commission Expires 11-20-2020]

Please Print Name Below Signature
**Michael Weinshenker**
Job # 1490515

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*