| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>STATE OF NEW YORK, COUNTY OF EASTERN DISTRICT<br>Attorney: JACOBS PC<br>Address: 8002 KEW GARDENS ROAD KEW GARDENS, NY 11415 | Job #: 1490514 |

| SHHA LLC | | Index Number: 20-CV-03574-DRH-AYS |
|---|---|---|
| vs | Plaintiff | Client's File No.: shha vs. opal |
| OPAL HOLDINGS LLC ET AL | | Court Date: |
| | Defendant | Date Filed: |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
LUIS PEREZ, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 10/7/2020, at 6:42 PM at: 609 MEEHAN AVENUE, FAR ROCKAWAY, NY 11691 Deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION

On: CHAIM HOLMAN, Defendant therein named.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having went there 10/03/2020 12:53 PM, 10/05/2020 9:38 AM

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#3 OTHER**

☒ **#4 MAILING**
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: 10/08/2020 in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 10/09/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

LUIS PEREZ
DCA License# 2025817



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*