AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SHHA LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:20-cv-03574-DRH-AYS |
| Opal Holdings LLC et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Opal Holdings LLC, Opal Holdings NY LLC, and Shaya Prager                              .

Date:    10/27/2020

/s/ Matteo J. Rosselli
*Attorney's signature*

Matteo J. Rosselli
*Printed name and bar number*

Stein Adler Dabah & Zelkowitz
1633 Broadway 46th Floor
New York, New York 10019
*Address*

mrosselli@steinadlerlaw.com
*E-mail address*

(212) 867-5620
*Telephone number*

(347) 391-2266
*FAX number*