AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| SHHA LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-03574-DRH-AYS |
| Opal Holdings LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Opal Holdings LLC, Opal Holdings NY LLC, and Shaya Prager                .

Date:  10/27/2020

/s/ Adam J. Stein
*Attorney's signature*

Adam J. Stein
*Printed name and bar number*

Stein Adler Dabah & Zelkowitz
1633 Broadway 46th Floor
New York, New York 10019
*Address*

astein@steinadlerlaw.com
*E-mail address*

(212) 867-5620
*Telephone number*

(347) 391-2266
*FAX number*