# LAW OFFICE OF
# DAVID E. MILLER, LLC

100 Walnut Avenue, Suite 210
Clark, NJ 07066

112 West 34th Street 18th Floor
New York, NY 10120

demiller@demillerlaw.com
www.demillerlaw.com
(917) 405-8096

January 19, 2021

**Via ECF**

Judge Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    *SHHA, LLC v. Opal Holdings LLC et al.*
       Case No. 2:20-cv-03574-DRH-AYS

Dear Judge Hurley,

We represent defendants Holman Funding Group, Inc. and Chaim Holman (collectively, "Holman") in the above-referenced matter.

Pursuant to our conference with your law clerk on December 12, 2020, we write to advise Your Honor that we will be filing a motion to dismiss Plaintiff's Second Amended Complaint.

We understand that Holman's motion papers must be served on opposing counsel by February 19, 2021, Plaintiff's opposition papers must be served on us by March 19, 2021, and that Holman's reply papers must be served on opposing counsel by April 2, 2021.  We will file and provide Your Honor with a complete set of the motion papers once our motion is fully-briefed.

Respectfully submitted,

/s/ David E. Miller, Esq.

cc:    Leo Jacobs, Esq.
       Eduard Kushmakov, Esq.
       Jacobs PC
       *Counsel for Plaintiff SHHA, LLC*  (*via* ECF)

       Adam J. Stein, Esq.
       Stein Adler Dabah Zelkowitz LLP
       *Counsel for Defendants Shaya Prager,*
       *Opal Holdings LLC and Opal Holdings NY LLC* (*via* ECF)