

**Matteo J. Rosselli**
Direct Dial: 646.591.4382
mrosselli@steinadlerlaw.com

January 19, 2021

**VIA ECF**
Honorable Denis R. Hurley, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11172

    Re:    *SHHA LLC v. Opal Holdings LLC et al.,*
             Case No. 2:20-cv-03574-DRH-AYS

Dear Judge Hurley:

    We represent defendants Opal Holdings LLC, Opal Holdings NY LLC, Lyon Imports LLC d/b/a Mandel Distributors, and Shaya Prager.

    As directed at the pre-motion conference on December 12, 2020, we are writing to provide notice that our clients will be moving forward with their motion, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Second Amended Complaint.

    Moving papers will be served by February 19, 2021, opposition papers will be served by March 19, 2021, and reply papers will be served by April 2, 2021. The motion will be filed when fully briefed in accordance with the Court's Individual Practice Rule 3(F).

                                  Respectfully Submitted,

                                  Matteo J. Rosselli

cc:    All counsel of record (*via* ECF)