

# JACOBS P.C.
### NEW YORK BUSINESS ATTORNEYS

March 30, 2021

**VIA ECF**

United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Denis R. Hurley, U.S.D.J.
100 Federal Plaza
Central Islip, NY 11172-4438

      Re:    SHHA LLC v. Opal Holdings LLC, *et al.*
             <u>Case No.: 2:20-cv-3574 (DRH) (AYS)</u>

Dear Judge Hurley:

      This office represents the Plaintiff, SHHA LLC. Plaintiff writes to respectfully request a one (1) week extension of time to submit opposition to Defendants' Opal Holdings LLC, Opal Holdings NY LLC, and Shaya Prager (the "Prager Defendants") as well as Chaim Cholman and Holman Funding LLC's (the "Holman Defendants") separate motions to dismiss.

      Pursuant to ¶ 2(E) of this Court's Individual Practice Rules, Plaintiff respectfully submits that: (i) the original deadline to oppose the motions to dismiss was Friday, April 2, 2020; (ii-iii) there has been one (1) previous request for an extension of time to respond to oppose the motions and it was granted on consent; (iv) the adversary consents; and (v) Defendants respectfully submit that there is no need for a suggested modified schedule as one has not yet been entered because no Rule 26 conference has yet been held.

      The reason for this brief adjournment request is that, at the time the parties entered into the current briefing schedule, your undersigned did not realize that the deadline to oppose would fall during the Passover holiday. This firm's staff observes the holiday and is therefore unable to file the opposition papers on Friday April 2, 2021. The Plaintiff therefore respectfully submits that there exists good cause to grant the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

      Accordingly, this Court should grant the requested extension of time.

                                                                   Respectfully submitted,

                                                                   Leo Jacobs, Esq.
                                                                   Managing Partner
                                                                       Jacobs PC