

# JACOBS P.C.
### NEW YORK BUSINESS ATTORNEYS

April 9, 2021

<u>**VIA ECF**</u>

United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Denis R. Hurley, U.S.D.J.
100 Federal Plaza
Central Islip, NY 11172-4438

      Re:    SHHA LLC v. Opal Holdings LLC, *et al.*
              <u>Case No.: 2:20-cv-3574 (DRH) (AYS)</u>

Dear Judge Hurley:

      This office represents the Plaintiff, SHHA LLC. Plaintiff writes to respectfully inform the Court that Plaintiff complied with the Court's Order instructing it to serve, but not file, its opposition to Defendants' respective motions to dismiss by April 9, 2021.

      The following documents were emailed to Defendants' Counsel on April 9, 2021:

1. Declaration of Leo Jacobs, Esq.
2. Memorandum of Law in Opposition to Defendants' Motions to Dismiss
3. Notice of Cross-Motion to Amend
4. Proposed Amended Complaint
5. A courtesy copy of this letter

      Should Your Honor have any questions, please do not hesitate to contact the undersigned.

                                  Respectfully submitted,

                                    /s/ Leo Jacobs

                                    **Leo Jacobs, Esq.**
                                    Managing Partner
                                    Jacobs PC

CC: Defendants' Counsel via ECF and email