

*Leo Jacobs*
*Jacobs P.C.*
*Telephone: (718) 772-8704*
*Email: leo@jacobspc.com*

August 23, 2022

<u>*Via ECF*</u>
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **Re:** **SHHA LLC v. Opal Holdings LLC, et al.**
           **Case No.: 2:20-cv-3574 (JAM) (AYS)**

Dear Judge Shields:

    We represent the Plaintiff in the above-referenced action. We are writing this joint letter in accordance with Your Honor's Order dated August 9, 2022, setting forth three proposed dates on which all counsel are available for a settlement conference before Your Honor.

    The three proposed dates are as follows: (1) November 7, 2022, (2) November 3, 2022, and (3) October 28, 2022. Counsel for Defendants have each advised that November 7, 2022 works best for each of their respective offices to attend a settlement conference.

    We thank the Court for its consideration to this matter.

                                                Respectfully submitted,

                                                  */s/Leo Jacobs*
                                                   Leo Jacobs

cc:    All counsel of record (via ECF)